

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOHN WILLIAM HARRIS JR.,

        Defendant.

No. **SACR 19-00108** JVS

I N D I C T M E N T

[18 U.S.C. §§ 2252A(a)(2)(A),
(b)(1): Distribution of Child
Pornography; 18 U.S.C.
§§ 2252A(a)(5)(B), (b)(2):
Possession of Child Pornography]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about August 15, 2017, in Orange County, within the
Central District of California, defendant JOHN WILLIAM HARRIS JR.
knowingly distributed child pornography, as defined in Title 18,
United States Code, Section 2256(8)(A), namely, a video titled
"(Pthc) !!!New Trisha – Preteen Daughter Sucking Hard.avi," that had
been mailed, and using any means and facility of interstate and

///

///

foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the video was child pornography.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about September 7, 2017, in Orange County, within the Central District of California, defendant JOHN WILLIAM HARRIS JR. knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video titled "pedo Alicia 12yo sucking man.mpg- Daddy's Candy – Little girl 11yo suck !!NEW 100_UNCUT [PTHC].mpg," that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the video was child pornography.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 24, 2018, in Orange County, within the Central District of California, defendant JOHN WILLIAM HARRIS JR. knowingly possessed a Lenovo desktop computer, bearing serial number MJ04NC6W, containing a Seagate hard drive, bearing serial number Z4YE4BLQ, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about July 24, 2018, in Orange County, within the Central District of California, defendant JOHN WILLIAM HARRIS JR. knowingly possessed a PNY thumb drive, bearing serial number AE82HYE080000117, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

JAKE D. NARE
Assistant United States Attorney
Santa Ana Branch Office