# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: SACR19-00108 JVS
U.S.A. v. John William Harris Jr.
☑ Indictment    ☐ Information

Defendant Number: One
Year of Birth: 1952
Investigative agency (FBI, DEA, etc.): DHS-HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense: On or about 8/15/2017 to 7/24/2018

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
☐ Los Angeles    ☐ Ventura
☑ Orange         ☐ Santa Barbara
☐ Riverside      ☐ San Luis Obispo
☐ San Bernardino ☐ Other

Citation of Offense: 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1); 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)   ☑ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
☑ No    ☐ Yes
If "Yes," Case Number: ___

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: ___
Assigned Judge: ___
Charging: ___
The complaint/CVB citation:
☐ is still pending
☐ was dismissed on: ___

### PREVIOUS COUNSEL

Was defendant previously represented? ☑ No   ☐ Yes
IF YES, provide Name: N/A
Phone Number: ___

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?** ☐ Yes   ☐ No
This is the ___ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number: ___

The superseded case:
☐ is still pending before Judge/Magistrate Judge N/A
☐ was previously dismissed on ___

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s)

This defendant is charged in:
☑ All counts
☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☑ Other   child pornography

☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint:  N/A
b. Posted bond at complaint level on:
   in the amount of $
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district:
   N/A

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution:  N/A
c. If Federal, U.S. Marshals Service Registration Number:
   N/A
d. ☐ Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court:  N/A
   Date transferred to federal custody:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date   06/19/2019

Signature of Assistant U.S. Attorney
JAKE D. NARE
Print Name